

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-15-00594-CR

Bo Jett **LITTLETON**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10770
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Debra Jimenez's Notification of Late Record is GRANTED. The reporter's record is due on or before November 18, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court